UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
VERNEY L. HELEN              }          CASE NO. 12-92288-BHL-13
AMANDA S. HELEN              }
    DEBTORS                  }

## MOTION TO MODIFY DEBTORS' CHAPTER 13 PLAN
## AND NOTICE OF OBJECTION DEADLINE

Come now the above-captioned Debtors by Counsel, and files his Motion to Modify Debtors' Chapter 13 Plan. In support of this Motion, Counsel for the Debtors state as follows:

1. The Debtors propose to allow an arrearage claim held by PNC Mortgage in the amount of $859.68, said claim consists of escrow shortage.

WHEREFORE, the Debtors, by Counsel, requests the Court to modify their plan by increasing the Debtors' monthly plan payments from $112.00 per month to $134.99 per month commencing with the May, 2013 plan payment.

Dated this 25th day of April, 2013.

KOEHLER LAW OFFICE

By: _____
Lloyd E. Koehler
Attorney No. 15669-98
William P. Harbison
Attorney No. 27139-53
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

_____
VERNEY L. HELEN

_____
AMANDA S. HELEN

**NOTICE IS GIVEN THAT** any Objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by Fed.R.Bankr.P.9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

> U.S. Bankruptcy Court
> 110 U.S. Courthouse
> 121 W. Spring Street
> New Albany, Indiana 47150

The objecting party must ensure delivery of the objection to the party filing the motion, (the Trustee – if not the movant or the objector) (and the Debtor – if not the movant or the objector). **If an objection is NOT timely filed, the requested relief may be granted.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 25th day of April, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Joseph M. Black, Jr., Chapter 13 Trustee: **jmbecf@trustee13.com**
U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

I further certify that a true copy of the foregoing Motion to Modify was sent via U.S. Mail this 25th day of April, 2013 to all parties attached hereto:

_____
WILLIAM P. HARBISON

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-4<br>Case 12-92288-BHL-13<br>Southern District of Indiana<br>New Albany<br>Thu Apr 25 13:40:49 EDT 2013 | Joseph M. Black Jr<br>PO Box 846<br>Seymour, IN 47274-0846 | Burns Investments<br>2867 Charlestown Road<br>New Albany, IN 47150-1984 |
| Burns Investments, LLC<br>2318 Carlton Terrace<br>Louisville, KY 40205-2005 | CAP1/FRNRW<br>PO BOX 5253<br>CAROL STREAM, IL 60197-5253 | CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850-5298 |
| CONVERGENT<br>500 SW 7TH STREET<br>BLDG A 100<br>RENTON, WA 98057-2983 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712-1083 | Clark Circuit Court III<br>10C03-1207-SC-975<br>501 E. Court Ave. #137<br>Jeffersonville, IN 47130-4029 |
| ENHANCRCVRCO<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL 32256-7412 | GECRB/JCP<br>PO BOX 965005<br>ORLANDO, FL 32896-5005 | GLA COLLECT<br>PO BOX 991199<br>LOUISVILLE, KY 40269-1199 |
| HELVEY ASSOC<br>1015 E CENTER ST<br>WARSAW, IN 46580-3420 | Amanda S Helen<br>1576 Mona Vista Court<br>New Albany, IN 47150-1807 | Verney L Helen<br>1576 Mona Vista Court<br>New Albany, IN 47150-1807 |
| InSolve Recovery, LLC, c/o Capital Recovery<br>Dept 3203<br>PO BOX 123203<br>DALLAS, TX 75312-3203 | Keith D. Mull, Atty<br>10C03-1207-SC-975<br>2867 Charlestown Road<br>New Albany, IN 47150-1984 | Koehler Law Office<br>400 Pearl St Suite 200<br>New Albany, IN 47150-3451 |
| Lloyd E Koehler5<br>400 Pearl Street Ste 200<br>New Albany, IN 47150-3451 | Keith D Mull<br>Law Offices of Keith D. Mull, LLC<br>2867 Charlestown Rd.<br>New Albany, IN 47150-1984 | PARKCOMM FCU<br>6101 FERN VALLEY R<br>LOUISVILLE, KY 40228-1045 |
| PNC MORTGAGE<br>3232 NEWARK DR<br>MIAMISBURG, OH 45342-5433 | Park Community Federal Credit Union<br>c/o Lloyd & McDaniel, PLC<br>P. O. Box 23200<br>Louisville, KY 40223-0200 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| (p)SENEX SERVICES CORP<br>3333 FOUNDERS ROAD<br>2ND FLOOR<br>INDIANAPOLIS IN 46268-4933 | Andrew D Stosberg<br>Lloyd & McDaniel, PLC<br>11405 Park Road, Suite 200<br>P.O. Box 23200<br>Louisville, KY 40223-0200 | T-Mobile<br>P.O. Box 742596<br>Cincinnati, OH 45274-2596 |
| U.S. Trustee<br>101 W. Ohio St.. Ste. 1000<br>Indianapolis, IN 46204-1982 | WFNNB/NY&C<br>PO BOX 182789<br>COLUMBUS, OH 43218-2789 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

SENEX SERVICES
PO BOX 90199
INDPLS, IN 46290

(d)SENEX SRVCS
3500 DEPAUW BLVD
SUITE 3050
INDIANAPOLIS, IN 46268

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Park Community Federal Credit Union

End of Label Matrix
Mailable recipients    28
Bypassed recipients     1
Total                  29